# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN MEHL,** : | |
| Plaintiff : | |
| : | No. 1:20-cv-1173 |
| v. : | |
| : | (Judge Rambo) |
| **SMITH,** *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 16th day of February 2022, upon consideration of Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. No. 82), and for the reasons set forth in the Court's accompanying Memorandum, **IT IS ORDERED** that the motion is **DENIED**. Going forward, should Plaintiff need an extension of time to submit filings in this matter, Plaintiff is advised that he may file a motion with the Court, seeking such an extension.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge