IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN MEHL,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1173 |
| v. | : | |
| | : | (Judge Rambo) |
| **SMITH, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 25th day of May 2022, for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 75) is **DENIED**;

2. Defendants' motion for summary judgment (Doc. No. 89) is **GRANTED**;

3. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
